[No. 13793.  *En Banc.*  January 2, 1918.]

J. A. TALKINGTON, *Guardian etc., Respondent,* v. WASHINGTON WATER POWER COMPANY, *Appellant.*[1]

Appeal from a judgment of the superior court for Lincoln county, Sessions, J., entered June 17, 1916, upon the verdict of a jury rendered in favor of the plaintiff, in an action for personal injuries sustained by a minor through contact with an electric power line.  Affirmed.

*Post, Russell, Carey & Higgins,* for appellant.
*Merritt, Lantry & Merritt,* for respondent.

ON REHEARING.

PER CURIAM.—Upon a rehearing *En Banc,* the court adheres to the decision rendered in this case by Department Two on May 18, 1917, reported in 96 Wash. 386, 165 Pac. 87.  The judgment of the trial court is therefore affirmed.

[1]Reported in 169 Pac. 596.